UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2087
_____

CHRIS DOE,
          Appellant

v.

RUTGERS, The State University of New Jersey, and JEWELL BATTLE, in her official capacity as the OPRA ADMINISTRATOR and RECORDS CUSTODIAN of Rutgers University

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2-21-cv-17811)
District Judge: Honorable Kevin McNulty

_____

Submitted Under Third Circuit L.A.R. 34.1(a):
February 9, 2023

_____

Before: CHAGARES, Chief Judge, SCIRICA, and SMITH, Circuit Judges.

_____

**JUDGMENT**

_____

This cause came to be considered on the record from the District Court for the District of New Jersey and was submitted on February 9, 2023. On consideration whereof, it is hereby **ORDERED** and **ADJUDGED** by this Court that the orders of the District Court entered on March 2, 2022 and May 23, 2022 are hereby **AFFIRMED**. All

of the above in accordance with the Opinion of this Court. Costs are taxed against the appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 27, 2023

Certified as a true copy and issued in lieu of a formal mandate on   March 21, 2023

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2